# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2022-4212
_____

ANTONIO T. JENNINGS,

    Appellant,

v.

STATE OF FLORIDA,

    Appellee.

_____

On appeal from the Circuit Court for Columbia County.
Paul S. Bryan, Judge.

June 14, 2024

PER CURIAM.

    AFFIRMED.

B.L. THOMAS, BILBREY, and TANENBAUM, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Robert L. Sirianni, Jr. of Brownstone, P.A., Winter Park, for Appellant.

Ashley Moody, Attorney General, Christina Piotrowski, Assistant Attorney General, Adam B. Wilson, Assistant Attorney General, Tallahassee, for Appellee.